IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FERNANDO MONTOYA-AMEZCUA,<br><br>　　　　　Defendant. | 8:23CR73<br><br>**ORDER** |

　　　　This matter is before the court on the motion of Assistant Federal Public Defender Richard H. McWilliams and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Fernando Montoya-Amezcua. (Filing No. 19). Richard H. McWilliams represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Richard H. McWilliams' and the Office of the Federal Public Defender's motion to withdraw (Filing No. 19) is granted.

　　　　James K. McGough, 11920 Burt Street, Suite 100, P.O. Box 540186, Omaha, NE 68154, (402) 614-8655, is appointed to represent Fernando Montoya-Amezcua for the balance of these proceedings pursuant to the Criminal Justice Act. Richard H. McWilliams shall forthwith provide James K. McGough with the discovery materials provided the defendant by the government and such other materials obtained by Richard H. McWilliams which are material to Fernando Montoya-Amezcua's defense.

　　　　The clerk shall provide a copy of this order to James K. McGough and the defendant.

　　　　**IT IS SO ORDERED.**

　　　　Dated this 29th day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge