IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:23-CR-73 |
| Plaintiff, | |
| vs. | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |
| FERNANDO MONTOYA-AMEZCUA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

_____  4/4/23
Defendant                   Date

_____  4/4/23
Attorney for Defendant      Date

ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __4__ day of __April__, 20_23_.

BY THE COURT:

Susan M Bazis
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT