IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FERNANDO MONTOYA-AMEZCUA,<br><br>Defendant. | 8:23CR73<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 47). The Court has reviewed the record in this case and finds as follows:

1. On December 13, 2023, the Court entered a Preliminary Order of Forfeiture (Filing No. 39), forfeiting defendant Fernando Montoya-Amezcua's ("Montoya-Amezcua) interest in $84,525 seized from Montoya-Amezcua's residence on or about March 14, 2023 and $62,700 seized from Montoya-Amezcua's vehicle on or about March 14, 2023, totaling $147,225 in United States currency (Filing No. 39).

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on December 14, 2023, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed on February 22, 2024 (Filing No. 46).

3. The government has advised the Court that no petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

If light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 47) is granted.
2. All right, title and interest in and to the $84,525 in United States currency seized from Montoya-Amezcua's residence on or about March 14, 2023, and the $62,700 in United States currency seized from Montoya-Amezcua's vehicle on or about March 14, 2023, totaling $147,225 in United States currency, held by any person or entity are forever barred and foreclosed.
3. The $147,225 in United States currency is forfeited to the government.
4. The government is directed to dispose of that currency in accordance with law.

Dated this 12th day of March 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge